# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2012

Robert P. Young, Jr.,
Chief Justice

144184

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ATTORNEY GENERAL,
      Plaintiff-Appellant,

v

                                          SC: 144184
                                          COA: 306685
CIVIL SERVICE COMMISSION and STATE     Ingham CC: 11-000538-CZ
PERSONNEL DIRECTOR,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.

MARKMAN, J. (*dissenting*).

I would grant the Attorney General's motion to bypass the Court of Appeals. In my judgment, this dispute, concerning the constitutionality of the Civil Service Commission's authorization of expanded health-care benefits for certain public employees, as with the recent dispute concerning the constitutionality of the emergency financial managers act, *In re Executive Message*, 490 Mich 999 (2012), presents questions of Michigan constitutional law that warrant the expedited consideration of the highest court of this state. Individuals and communities that are immediately affected, as well as the citizenry generally, whose constitution is at issue, are entitled to dispositive resolutions of these disputes in a reasonably facilitated manner. I would have treated each of these disputes as priority matters for our consideration. I respectfully dissent.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2012

_____
Clerk

t0320